1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Daniel I. Aquino
   Nevada State Bar No. 12682
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email: deverie.christensen@jacksonlewis.com
          daniel.aquino@jacksonlewis.com
6
   *Attorney for Defendant*
7  *Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERONICA MORA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELION PRODANI, an individual; WYNN RESORTS, LTD. dba WYNN RESORTS, a Nevada corporation,<br><br>Defendant. | Case No. 2:19-cv-01225-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO (1) DISMISS WYNN RESORTS, LTD. dba WYNN RESORTS WITH PREJUDICE, (2) ADD DEFENDANT WYNN LAS VEGAS, LLC AS THE PROPER DEFENDANT, and (3) AMEND THE CASE CAPTION**<br><br>[ECF Nos. 18, 19] |

Defendant Wynn Las Vegas, LLC (misnamed and erroneously sued as Wynn Resorts, Ltd. dba Wynn Resorts), Defendant Elion Prodani, and Plaintiff Veronica Mora, by and through their respective counsel of record, hereby stipulate as follows:

Plaintiff was employed by Defendant Wynn Las Vegas, LLC, but erroneously named her former employer as "Wynn Resorts, Ltd. dba Wynn Resorts." Plaintiff was never employed by Wynn Resorts, Ltd. dba Wynn Resorts, which is the incorrect corporate entity. In the interest of judicial economy, and to avoid the unnecessary time and cost of motion practice, the parties have agreed to correct this mistake by dismissing the mistakenly named incorrect entity, "Wynn Resorts, Ltd. dba Wynn Resorts," and adding in as the proper party Defendant Wynn Las Vegas, LLC, Plaintiff's prior employer.

Defendant Wynn Las Vegas, LLC waived the service requirement and filed its Answer as the correct party in this matter on September 25, 2019. Thus, the Parties have stipulated to the

following:

1. That Defendant Wynn Resorts, Ltd. dba Wynn Resorts be dismissed from this action with prejudice;

2. That Defendant Wynn Las Vegas, LLC be named as the proper Defendant, undersigned counsel having been authorized to accept service of Plaintiff's Complaint against Wynn Las Vegas, LLC and file an answer on its behalf on September 25, 2019;

3. That the caption be revised to reflect that the entity identified as "Wynn Resorts, Ltd. dba Wynn Resorts" shall be stricken from the caption; and

4. That the caption be revised to reflect the addition of "Wynn Las Vegas, LLC" as the properly named Defendant.

This stipulation is submitted and based upon the following:

1. Defendant Wynn Las Vegas, LLC was Plaintiff's employer and is the proper Defendant in this action. As such, there is good cause for dismissing Wynn Resorts, Ltd. dba Wynn Resorts, adding Wynn Las Vegas, LLC as the proper Defendant, and for correcting the caption;

2. Defendant Wynn Las Vegas, LLC has authorized its undersigned counsel to accept service of the Complaint on its behalf (to avoid any additional cost to Plaintiff or delay), and previously filed its Answer;

3. This request is made in good faith, in the interest of judicial economy and to save the Parties the time and expense of motion practice to name the proper Defendant and correct the caption, and is not for the purpose of delay.

Respectfully submitted this 5th day of November 2019.

| GARG GOLDEN LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Melody R. Rissell* <br> Anthony B. Golden, Bar #9563 <br> Puneet K. Garg, Bar #9811 <br> Melody R. Rissell, Bar #14,941 <br> 3145 St. Rose Parkway, Suite 230 <br> Henderson, NV 89052 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Daniel I. Aquino, Bar #12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Defendant Wynn Las Vegas, LLC* |
| ATKINSON WATKINS & HOFFMANN LLP | HUTCHISON & STEFFEN |
| */s/ Racheal A. Ross* <br> Justin L. Watkins, Bar #9217 <br> Racheal A. Ross, Bar #14,943 <br> 10789 W. Twain Ave., #100 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Plaintiff Veronica Mora* | */s/ Jason D. Guinasso* <br> Joseph R. Ganley, Bar # 5643 <br> Jason D. Guinasso, Bar #8478 <br> HUTCHISON & STEFFEN, PLLC <br> Peccole Professional Park <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorney for Defendant Elion Prodani* |

**ORDER**

IT IS SO ORDERED this 12th day of November 2019.

_____
U.S. District Judge Jennifer A. Dorsey

4842-7378-8586, v. 1