Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorney for Defendant*
*Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA MORA, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>ELION PRODANI, an individual; WYNN LAS VEGAS, LLC a Nevada corporation,<br><br>           Defendants. | Case No. 2:19-cv-01225-JAD-NJK<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER** |

Defendant Wynn Las Vegas, LLC ("WLV"), Defendant Elion Prodani, and Plaintiff Veronica Mora, by and through their respective counsel of record, hereby notify the Court that the parties have reached an agreement to globally settle this matter as to Plaintiff's claims against all Defendants.

The parties anticipate delays in completing settlement payment due to the COVID-19 shutdowns affecting Defendant WLV.  Accordingly, the parties anticipate filing a stipulation for dismissal of this action no later than July 20, 2020.  Should circumstances delay filing of the stipulation further, the parties shall advise the Court.

Given the resolution of this matter, the parties hereby request that all current deadlines be vacated.

## **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

All current pleading, discovery, and filing deadlines in this matter shall be vacated.

The parties shall file a stipulation regarding dismissal of this action by July 20, 2020.

Respectfully submitted this 20th day of April 2020.

| | |
|---|---|
| GARG GOLDEN LAW FIRM | JACKSON LEWIS P.C. |
| */s/ Anthony B. Golden* <br> Anthony B. Golden, Bar #9563 <br> Puneet K. Garg, Bar #9811 <br> 3145 St. Rose Parkway, Suite 230 <br> Henderson, NV 89052 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Daniel I. Aquino, Bar #12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Defendant Wynn Las Vegas, LLC* |
| | HUTCHISON & STEFFEN <br><br> */s/ Jason D. Guinasso* <br> Joseph R. Ganley, Bar # 5643 <br> Jason D. Guinasso, Bar #8478 <br> HUTCHISON & STEFFEN, PLLC <br> Peccole Professional Park <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorney for Defendant Elion Prodani* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 20, 2020.

4822-7743-7114, v. 1